BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
1023 H Street, Suite B5
Sacramento, CA 95814
Telephone: (916) 448-8600
Facsimile: (916) 448-8605

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN M. HUFF, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. ASTRUE <br> **Commissioner of Social Security** <br> **of the United States of America,** <br><br> Defendant. | CASE NO. CIV-07-1635 CMK <br><br> **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** ] |

  IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from April 1, 2008 to April 29, 2008.  This extension is required due to plaintiff's counsel's office move and scheduled vacation out of the country beginning April 3, 2008.

/ / / /

/ / / /

/ / / /

1

| | |
|---|---|
| Dated: March 31, 2008 | */s/Bess M. Brewer* <br> BESS M. BREWER <br> Attorney at Law |
| | Attorney for Plaintiff |
| Dated: March 31, 2008 | McGregor W. Scott <br> United States Attorney <br><br> /s/ *Peter Thompson* <br> PETER THOMPSON <br> Special Assistant U.S. Attorney <br> Social Security Administration <br><br> Attorney for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED: April 4, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2