IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN M. HUFF, | No. CIV S-07-1635-CMK |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |
| _____/ | |

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). Pending before the court are the parties' stipulations for extensions of time (Docs. 18 and 21). Good cause appearing therefore, plaintiff's stipulated request for an extension of time to file her motion for summary judgment is granted, nunc pro tunc, to April 29, 2008. Plaintiff's motion for summary judgment was filed on May 1, 2008, and is considered timely. Good cause also appearing therefor, defendant's stipulated request for an extension of time to file a response to

/ / /

/ / /

/ / /

1

1  plaintiff's motion for summary judgment is granted.  Defendant's response is due by July 11,
2  2008.
3              IT IS SO ORDERED.
4
5   DATED:  June 17, 2008
6
                                            _____
7                                           **CRAIG M. KELLISON**
                                            UNITED STATES MAGISTRATE JUDGE