McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH FIRER
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8937
    Facsimile:  (415) 744-0134
    E-Mail: Elizabeth.Firer@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
**SACRAMENTO DIVISION**

| | |
|---|---|
| SUSAN HUFF,<br>    Plaintiff,<br>        v.<br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br>    Defendant. | CIVIL NO. 2:07-CV-01635-CMK<br><br>STIPULATION AND ORDER |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a SECOND extension of time of 21 days, up to and including August 1, 2008, to respond to Plaintiff's motion for summary judgment.  The Commissioner previously sought an extension because the attorney originally assigned to this case, had a family emergency and, in his sudden absence, the due date was inadvertently overlooked.  The undersigned attorney for the Commissioner took over the case intending to file the Commissioner's response by July 11, 2008.  However, she subsequently incurred the responsibility to prepare an affirmative appeal recommendation on behalf of the Commissioner.  The appeal recommendation was unpredictable and it involves extremely restrictive deadlines imposed by the United States Department of Justice as well as the Commissioner's General Counsel.  Because of this unexpected additional work load, the undersigned is unable to complete the Commissioner's brief until August 1, 2008.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: July 11, 2008

/s/ *Bess Brewer*
(As authorized via email)
BESS BREWER
Attorney for Plaintiff

Dated: July 11, 2008

McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

/s/ *Elizabeth Firer*
ELIZABETH FIRER
Special Assistant U.S. Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

DATED: July 14, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE